IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARVIN NORWOOD AND CAROLYN NORWOOD,<br>　　　　　Plaintiffs,<br><br>v.<br><br>RAYTHEON COMPANY, INC.<br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| JACK COOPER,<br>　　　　　Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, INC.<br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: EP-04-CA-127-PRM<br>(Consolidated Action) |

## ORDER DISMISSING CLAIMS OF MARVIN NORWOOD, CAROLYN NORWOOD AND JACK COOPER

On this day came on to be considered the Stipulation Regarding Dismissal of Claims by

Summary Judgment (the "Stipulation") filed by Marvin Norwood, Carolyn Norwood, and Jack

Cooper (collectively "Plaintiffs"), and Raytheon Company, Defendant. In accordance with the

Stipulation and for the reasons set out in therein, the Court finds that the claims of Plaintiffs

should be dismissed by summary judgment.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the claims of

Marvin Norwood, Carolyn Norwood and Jack Cooper against Raytheon Company are dismissed

in their entirety with prejudice by summary judgment. Each side shall bear its own costs.

IT IS FURTHER ORDERED that the following motions are DENIED AS MOOT:

Motion for Summary Judgment on Government Contractor Defense (Docket No. 442); Cross-

Motion for Summary Judgment Striking Government Contractor Defense (Docket No. 460);

Motion for Summary Judgment (Jack Cooper) for Insufficient Evidence of Causation (Docket

No. 795); Motion for Summary Judgment (Marvin Norwood) for Insufficient Evidence of

Causation (Docket No. 802); Motion for Summary Judgment on Plaintiffs' Product Liability

Claims (Docket No. 805).

Signed this *13th*, day of *April*, 2009.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE

14772.00100/SRIV/PLEA-1/1047672.1